■ KAMEEL ISKANDER et al., Appellants, v AVIS RENT A CAR SYSTEM, INC., et al., Respondents.—Appeal by the plaintiffs from an order of the Supreme Court, Kings County, dated May 8, 1987.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Shaw in his memorandum decision at the Supreme Court. Thompson, J. P., Bracken, Brown and Sullivan, JJ., concur.